AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:22-mj-00018 |
| Matthew Thomas Krol | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 1/26/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury; | |
| 18 U.S.C. § 231(a)(3)- Civil Disorder; | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds; | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds; | |
| 40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Amanda Thomas_
_____
_Complainant's signature_

Amanda Thomas, Special Agent
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___01/26/2022___                  _____
                                        _Judge's signature_

City and state: _____Washington, D.C._____     G. Michael Harvey, U.S. Magistrate Judge
                                        _____
                                        _Printed name and title_